IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Zoli A. LaPorte | ) | Case No. 22-70143 JAD |
| Kelly M. LaPorte, | ) | Chapter 13 |
|    Debtor(s) | ) | Related Docket No. 30 |
| | ) | |
| | ) | |

**CERTIFICATE OF SERVICE OF ORDER CONVERTING CASE UNDER CHAPTER 13 TO CASE UNDER CHAPTER 7, SETTING DEADLINES, SCHEDULING STATUS CONFERENCE, AND TERMINATING WAGE ATTACHMENT**

I certify under penalty of perjury that I served the above captioned pleadings on the parties at the addresses specified below or on the attached list on (date) September 21, 2022

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: first class mail

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON:

See Attached Mailing Matrix

Served by CM/ECF:

Ronda J. Winnecour, Chapter 13 Trustee

Office of the U.S. Trustee

Lisa Swope, Chapter 7 Trustee

                                                  Respectfully submitted,

September 21, 2022                                   /s/ Kenneth Steidl
DATE                                                                  Kenneth Steidl, Esquire
                                                                        Attorney for the Debtor(s)
                                                                        STEIDL & STEINBERG
                                                                        Suite 2830 – Gulf Tower
                                                                        707 Grant Street
                                                                        Pittsburgh, PA  15219
                                                                        (412) 391-8000
                                                                        ken.steidl@steidl-steinberg.com
                                                                        PA I.D. No. 34965

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0315-7<br>Case 22-70143-JAD<br>WESTERN DISTRICT OF PENNSYLVANIA<br>Johnstown<br>Wed Sep 21 09:40:08 EDT 2022 | Affirm<br>30 Isabella Street<br>Floor 4<br>Pittsburgh, PA 15212-5862 | Aidvantage on behalf of<br>Dept of Ed Loan Services<br>PO BOX 9635<br>Wilkes-Barre, PA 18773-9635 |
| American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>Po Box 981540<br>El Paso, TX 79998-1540 | Amex<br>P.o. Box 981537<br>El Paso, TX 79998-1537 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America<br>Po Box 982238<br>El Paso, TX 79998-2238 | Bank of America, N.A.<br>PO Box 673033<br>Dallas, TX 75267-3033 |
| Barclays Bank Delaware<br>Attn: Bankruptcy<br>Po Box 8801<br>Wilmington, DE 19899-8801 | Barclays Bank Delaware<br>P.o. Box 8803<br>Wilmington, DE 19899-8803 | Capital One<br>Attn: Bankruptcy<br>P.O. Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capital One<br>Po Box 31293<br>Salt Lake City, UT 84131-0293 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Capital One Bank/Walmart<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Citibank<br>Attn: Bankruptcy<br>P.O. Box 790034<br>St Louis, MO 63179-0034 | Citibank<br>Po Box 6217<br>Sioux Falls, SD 57117-6217 |
| Commonwealth of Pennsylvania<br>Office of Attorney General<br>Financial Enforcement Section<br>15th Floor Strawberry Square<br>Harrisburg, PA 17120-0001 | Credit Control Collect<br>2410 Broad Ave<br>Altoona, PA 16601-1940 | Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 |
| Credit One Bank<br>Po Box 98872<br>Las Vegas, NV 89193-8872 | Discover Bank<br>Discover Products Inc<br>PO Box 3025<br>New Albany, OH  43054-3025 | Discover Financial<br>Attn: Bankruptcy<br>Po Box 3025<br>New Albany, OH 43054-3025 |
| Discover Financial<br>Po Box 30939<br>Salt Lake City, UT 84130-0939 | Equity Sales<br>1200 Ford Rd<br>Minnetonka, MN 55305-1616 | Excela Health - Hospital<br>PO Box 645773<br>Pittsburgh, PA 15264-5255 |
| Finance System, Inc.<br>32 S 9th<br>Richmond, IN 47374-5504 | Finance System, Inc.<br>Attn: Bankruptcy<br>5703 National Road East<br>Richmond, IN 47374-2619 | First National Bank<br>4140 E State St<br>Hermitage, PA 16148-3401 |

| | | |
|---|---|---|
| First National Bank<br>Attn: Bankruptcy<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 | First National Bank of Pennsylvania<br>4140 E. State Street<br>Hermitage, PA 16148-3401 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Freedom Credit Union<br>Arsenal Bus Center<br>Philadelphia, PA 19137 | Freedom Credit Union<br>Attn: Bankruptcy<br>626 Jacksonville Road, Suite 250<br>Warminster, PA 18974-4862 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy Department<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | Household Finance Co/OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| INDIANA REGIONAL MEDICAL CENTER<br>ACCOUNT MAINTENANCE DEPARTMENT<br>835 HOSPITAL ROAD<br>PO BOX 788<br>INDIANA, PA 15701-0788 | IRMC<br>PO Box 645546<br>Pittsburgh, PA 15264-5253 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| KeyBridge Medical Revenue<br>2348 Baton Rouge Ave<br>Lima, OH 45805-1167 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>2348 Baton Rouge Ave<br>Lima, OH 45805-1167 | KeyBridge Medical Revenue Care<br>PO Box 1568<br>Lima, OH 45802-1568 |
| Keybridge Medical RE<br>PO Box 645546<br>Pittsburgh, PA 15264-5253 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Kohls/Capital One<br>Po Box 3115<br>Milwaukee, WI 53201-3115 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Kelly M. LaPorte<br>638 Stable Road<br>Indiana, PA 15701-9017 | Zoli A. LaPorte<br>638 Stable Road<br>Indiana, PA 15701-9017 |
| Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| OneMain Financial Group, LLC<br>PO Box 981037<br>Boston, MA 02298-1037 | Orion<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Pink Dogwood 13, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Revco Solutions, Inc.<br>PO Box 2724<br>Columbus, OH 43216-2724 |
| RoundPoint Mortgage Servicing Corp.<br>446 Wrenplace Road<br>Fort Mill, SC 29715-0200 | RoundPoint Mortgage Servicing Corporatio<br>Attn: Bankruptcy<br>Po Box 19409<br>Charlotte, NC 28219-9409 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Lisa M. Swope, Chapter 7 Trustee<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931-0270 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| Upstart<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 | Upstart<br>Upstart Operations/ Attn:Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Holdings, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Upstart Network, Inc.<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Webbank/onemain/fis<br>Po Box 31535<br>Tampa, FL 33631-3535 | (p)WESTGATE RESORTS<br>ATTN MANDY BUSKIRK<br>2801 OLD WINTER GARDEN ROAD<br>OCOEE FL 34761-2965 |
| Woodforest National Bank<br>25231 Grogans Mill Road<br>The Woodlands, TX 77380-3103 | Woodforest National Bank<br>Attn: Bankruptcy<br>Po Box 7889<br>The Woodlands, TX 77387-7889 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 |

```
Portfolio Recovery Associates, LLC    Upgrade, Inc.                        (d)Upgrade, Inc.
POB 12914                             2 North Central Ave, 10th Flr         Attn: Bankruptcy
Norfolk VA 23541                      Phoenix, AZ 85004                     275 Battery Street 23rd Floor
                                                                            San Francisco, CA 94111


Westgate Resorts Ltd                  (d)Westgate Resorts Ltd
Attn: Bankruptcy                      c/o Central Florida Investments, Inc.
5601 Windhover Dr.                    5601 Windhover Dr.
Orlando, FL 32819                     Orlando, FL 32819
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)FREEDOM MORTGAGE CORPORATION        End of Label Matrix
                                       Mailable recipients    82
                                       Bypassed recipients     1
                                       Total                  83
```