IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Zoli A. LaPorte | ) | Case No. 22-70143 JAD |
| Kelly M. LaPorte, | ) | Chapter 13 |
|     Debtor(s) | ) | Related to Docket No. 30 |
| | ) | |
| Zoli A. LaPorte | ) | |
| Kelly M. LaPorte, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on September 21, 2022, a true and correct copy of the *Order Converting Case Under Chapter 13 To Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference, And Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.

**Served by CM/ECF:** Ronda J. Winnecour, Trustee

Date of Service: September 21, 2022      /s/ Kenneth Steidl
                                                           Kenneth Steidl, Esquire
                                                           Attorney for the Debtor
                                                           STEIDL & STEINBERG
                                                           2830 Gulf Tower - 707 Grant Street
                                                           Pittsburgh, PA 15219
                                                           (412) 391-8000 ken.steidl@steidl-steinberg.com
                                                           PA I.D. No. 34965

```
Label Matrix for local noticing        Affirm                                  Aidvantage on behalf of
0315-7                                 30 Isabella Street                      Dept of Ed Loan Services
Case 22-70143-JAD                      Floor 4                                 PO BOX 9635
WESTERN DISTRICT OF PENNSYLVANIA       Pittsburgh, PA 15212-5862               Wilkes-Barre, PA 18773-9635
Johnstown
Wed Sep 21 14:18:07 EDT 2022

American Express National Bank         Amex                                    Amex
c/o Becket and Lee LLP                 Correspondence/Bankruptcy               P.o. Box 981537
PO Box 3001                            Po Box 981540                           El Paso, TX 79998-1537
Malvern  PA 19355-0701                 El Paso, TX 79998-1540


Bank of America                        Bank of America                         Bank of America, N.A.
Attn: Bankruptcy                       Po Box 982238                           PO Box 673033
4909 Savarese Circle                   El Paso, TX 79998-2238                  Dallas, TX 75267-3033
Tampa, FL 33634-2413


Barclays Bank Delaware                 Barclays Bank Delaware                  Capital One
Attn: Bankruptcy                       P.o. Box 8803                           Attn: Bankruptcy
Po Box 8801                            Wilmington, DE 19899-8803               P.O. Box 30285
Wilmington, DE 19899-8801                                                      Salt Lake City, UT 84130-0285


Capital One                            Capital One Bank (USA), N.A.            Capital One Bank/Walmart
Po Box 31293                           by American InfoSource as agent         PO Box 30285
Salt Lake City, UT 84131-0293          PO Box 71083                            Salt Lake City, UT 84130-0285
                                       Charlotte, NC  28272-1083


(p)JPMORGAN CHASE BANK  N A            Citibank                                Citibank
BANKRUPTCY MAIL INTAKE TEAM            Attn: Bankruptcy                        Po Box 6217
700 KANSAS LANE FLOOR 01               P.O. Box 790034                         Sioux Falls, SD 57117-6217
MONROE LA 71203-4774                   St Louis, MO 63179-0034


Commonwealth of Pennsylvania           Credit Control Collect                  Credit One Bank
Office of Attorney General             2410 Broad Ave                          Attn: Bankruptcy Department
Financial Enforcement Section          Altoona, PA 16601-1940                  Po Box 98873
15th Floor Strawberry Square                                                   Las Vegas, NV 89193-8873
Harrisburg, PA 17120-0001


Credit One Bank                        Discover Bank                           Discover Financial
Po Box 98872                           Discover Products Inc                   Attn: Bankruptcy
Las Vegas, NV 89193-8872               PO Box 3025                             Po Box 3025
                                       New Albany, OH  43054-3025              New Albany, OH 43054-3025


Discover Financial                     Equity Sales                            Excela Health - Hospital
Po Box 30939                           1200 Ford Rd                            PO Box 645773
Salt Lake City, UT 84130-0939          Minnetonka, MN 55305-1616               Pittsburgh, PA 15264-5255


Finance System, Inc.                   Finance System, Inc.                    First National Bank
32 S 9th                               Attn: Bankruptcy                        4140 E State St
Richmond, IN 47374-5504                5703 National Road East                 Hermitage, PA 16148-3401
                                       Richmond, IN 47374-2619
```

| | | |
|---|---|---|
| First National Bank<br>Attn: Bankruptcy<br>3015 Glimcher Blvd.<br>Hermitage, PA 16148-3343 | First National Bank of Pennsylvania<br>4140 E. State Street<br>Hermitage, PA 16148-3401 | First Premier Bank<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 |
| First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | Freedom Credit Union<br>Arsenal Bus Center<br>Philadelphia, PA 19137 | Freedom Credit Union<br>Attn: Bankruptcy<br>626 Jacksonville Road, Suite 250<br>Warminster, PA 18974-4862 |
| Freedom Mortgage Corporation<br>Attn: Bankruptcy Department<br>10500 Kincaid Drive<br>Fishers, IN 46037-9764 | Mario J. Hanyon<br>Brock & Scott, PLLC<br>302 Fellowship Road<br>Suite 130<br>Mount Laurel, NJ 08054-1218 | Household Finance Co/OneMain Financial<br>Attn: Bankruptcy<br>Po Box 3251<br>Evansville, IN 47731-3251 |
| INDIANA REGIONAL MEDICAL CENTER<br>ACCOUNT MAINTENANCE DEPARTMENT<br>835 HOSPITAL ROAD<br>PO BOX 788<br>INDIANA, PA 15701-0788 | IRMC<br>PO Box 645546<br>Pittsburgh, PA 15264-5253 | JPMorgan Chase Bank, N.A.<br>s/b/m/t Chase Bank USA, N.A.<br>c/o National Bankruptcy Services, LLC<br>P.O. Box 9013<br>Addison, Texas 75001-9013 |
| KeyBridge Medical Revenue<br>2348 Baton Rouge Ave<br>Lima, OH 45805-1167 | KeyBridge Medical Revenue<br>Attn: Bankruptcy<br>2348 Baton Rouge Ave<br>Lima, OH 45805-1167 | KeyBridge Medical Revenue Care<br>PO Box 1568<br>Lima, OH 45802-1568 |
| Keybridge Medical RE<br>PO Box 645546<br>Pittsburgh, PA 15264-5253 | Kohls/Capital One<br>Attn: Credit Administrator<br>Po Box 3043<br>Milwaukee, WI 53201-3043 | Kohls/Capital One<br>Po Box 3115<br>Milwaukee, WI 53201-3115 |
| LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Kelly M. LaPorte<br>638 Stable Road<br>Indiana, PA 15701-9017 | Zoli A. LaPorte<br>638 Stable Road<br>Indiana, PA 15701-9017 |
| Navient<br>Attn: Claims Dept<br>Po Box 9500<br>Wilkes-Barre, PA 18773-9500 | Navient<br>Po Box 9635<br>Wilkes Barre, PA 18773-9635 | Brian Nicholas<br>KML Law Group, P.C.<br>701 Market Street<br>Suite 5000<br>Philadelphia, PA 19106-1541 |
| Office of the United States Trustee<br>Liberty Center.<br>1001 Liberty Avenue, Suite 970<br>Pittsburgh, PA 15222-3721 | OneMain Financial<br>PO Box 3251<br>Evansville, IN 47731-3251 | OneMain Financial<br>Po Box 1010<br>Evansville, IN 47706-1010 |
| OneMain Financial Group, LLC<br>PO Box 981037<br>Boston, MA 02298-1037 | Orion<br>c/o PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

| | | |
|---|---|---|
| (p)PERITUS PORTFOLIO SERVICES II  LLC<br>PO BOX 141419<br>IRVING TX 75014-1419 | Pennsylvania Department of Revenue<br>Bankruptcy Division<br>P.O. Box 280946<br>Harrisburg, PA 17128-0946 | Pennsylvania Dept. of Revenue<br>Department 280946<br>P.O. Box 280946<br>ATTN: BANKRUPTCY DIVISION<br>Harrisburg, PA 17128-0946 |
| Pink Dogwood 13, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Revco Solutions, Inc.<br>PO Box 2724<br>Columbus, OH 43216-2724 |
| RoundPoint Mortgage Servicing Corp.<br>446 Wrenplace Road<br>Fort Mill, SC 29715-0200 | RoundPoint Mortgage Servicing Corporatio<br>Attn: Bankruptcy<br>Po Box 19409<br>Charlotte, NC 28219-9409 | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219-1908 |
| Lisa M. Swope, Chapter 7 Trustee<br>Neugebauer & Swope, P.C.<br>219 South Center Street<br>P. O. Box 270<br>Ebensburg, PA 15931-0270 | Synchrony Bank/JCPenney<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/JCPenney<br>Po Box 965007<br>Orlando, FL 32896-5007 |
| Synchrony Bank/Lowes<br>Attn:  Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Synchrony Bank/Lowes<br>Po Box 956005<br>Orlando, FL 32896-0001 | (p)UPGRADE  INC<br>2 N CENTRAL AVE<br>10TH FLOOR<br>PHOENIX AZ 85004-2322 |
| Upstart<br>2 Circle Star Way<br>San Carlos, CA 94070-6200 | Upstart<br>Upstart Operations/ Attn:Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Holdings, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Upstart Network, Inc.<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | Webbank/onemain/fis<br>Po Box 31535<br>Tampa, FL 33631-3535 | (p)WESTGATE RESORTS<br>ATTN MANDY BUSKIRK<br>2801 OLD WINTER GARDEN ROAD<br>OCOEE FL 34761-2965 |
| Woodforest National Bank<br>25231 Grogans Mill Road<br>The Woodlands, TX 77380-3103 | Woodforest National Bank<br>Attn: Bankruptcy<br>Po Box 7889<br>The Woodlands, TX 77387-7889 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Chase Card Services<br>Attn: Bankruptcy<br>P.O. 15298<br>Wilmington, DE 19850 | (d)Chase Card Services<br>Po Box 15369<br>Wilmington, DE 19850 | Pendrick Capital Partners, LLC<br>Peritus Portfolio Services II, LLC<br>PO BOX 141419<br>IRVING, TX  75014-1419 |

| | | |
|---|---|---|
| Portfolio Recovery Associates, LLC<br>POB 12914<br>Norfolk VA 23541 | Upgrade, Inc.<br>2 North Central Ave, 10th Flr<br>Phoenix, AZ 85004 | (d)Upgrade, Inc.<br>Attn: Bankruptcy<br>275 Battery Street 23rd Floor<br>San Francisco, CA 94111 |
| Westgate Resorts Ltd<br>Attn: Bankruptcy<br>5601 Windhover Dr.<br>Orlando, FL 32819 | (d)Westgate Resorts Ltd<br>c/o Central Florida Investments, Inc.<br>5601 Windhover Dr.<br>Orlando, FL 32819 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FREEDOM MORTGAGE CORPORATION

End of Label Matrix
Mailable recipients    82
Bypassed recipients     1
Total                  83