**Form 009**

|  |  |
|---|---|
| **UNITED STATES BANKRUPTCY COURT** | 28 |
| **WESTERN DISTRICT OF PENNSYLVANIA** | jhel |

In re:  Bankruptcy Case No.: 22−70143−JAD

Chapter: 13

**Zoli A. LaPorte**
**dba A2Z Lawn and Tree**
   Debtor(s)

Kelly M. LaPorte
aka Kelly M. Yackovich

## ORDER OF COURT

   **AND NOW,** this The 20th of September, 2022, in consideration of the Debtor(s) amendment to **Schedule C [ECF No. 25] filed on 9/19/2022**

   **IT IS HEREBY ORDERED** that the **MOVANT SHALL IMMEDIATELY SERVE A COPY OF THIS ORDER AND THE AMENDMENT ON ALL AFFECTED PARTIES, THE TRUSTEE AND THE UNITED STATES TRUSTEE.**

   **IT IS FURTHER ORDERED that Movant shall file a certificate of service within seven (7) days from receipt of this Order with the Clerk, U.S. Bankruptcy Court.**

   **IT IS FURTHER ORDERED** that any objection to discharge (if applicable), request for a 341 meeting (if applicable), and/or objections to exemptions shall be filed on or before **10/20/2022 or the date set forth in the Section 341 Meeting Notice, whichever is later.**

   **IT IS FURTHER ORDERED** that if no objections to the amendment are filed, the amendment is accepted for filing. If objections to the amendment are filed, a hearing will be scheduled.

   **FAILURE TO SERVE** the appropriate documents and file a timely Certificate of Service will result in the Amendment being rendered **NULL AND VOID** without further Order of Court.

   **IF APPLICABLE, FAILURE TO PAY THE REQUIRED FILING FEE WITHIN SEVEN (7) DAYS OF THE DATE OF THIS ORDER** will result in the Amendment being rendered **NULL AND VOID** without further Order of Court.

                                                                        <u>Jeffery A. Deller</u>
                                                                        Judge

cm: Debtors
     Counsel for Debtors

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70143-JAD |
| Zoli A. LaPorte | Chapter 13 |
| Kelly M. LaPorte | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 20, 2022 | Form ID: 009 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zoli A. LaPorte, Kelly M. LaPorte, 638 Stable Road, Indiana, PA 15701-9017 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022        Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | |
| | on behalf of Joint Debtor Kelly M. LaPorte julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | |
| | on behalf of Debtor Zoli A. LaPorte julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Mario J. Hanyon | |
| | on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com |

District/off: 0315-7 | User: auto | Page 2 of 2
Date Rcvd: Sep 20, 2022 | Form ID: 009 | Total Noticed: 1

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 6