| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Zoli A. LaPorte <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–9504 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | Kelly M. LaPorte <br> First Name   Middle Name   Last Name | Social Security number or ITIN: | xxx–xx–8886 |
| | | EIN: | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed in chapter: | 13    4/29/22 |
| Case number: | 22–70143–JAD | Date case converted to chapter: | 7    9/20/22 |

## Official Form 309B (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set    10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Zoli A. LaPorte | Kelly M. LaPorte |
| 2. | **All other names used in the last 8 years** | dba A2Z Lawn and Tree | aka Kelly M. Yackovich |
| 3. | **Address** | 638 Stable Road <br> Indiana, PA 15701 | 638 Stable Road <br> Indiana, PA 15701 |
| 4. | **Debtor's attorney** <br> Name and address | Kenneth Steidl <br> Steidl & Steinberg <br> Suite 2830 Gulf Tower <br> 707 Grant Street <br> Pittsburgh, PA 15219 | Contact phone 412–391–8000 <br> Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Lisa M. Swope, Chapter 7 Trustee <br> Neugebauer & Swope, P.C. <br> 219 South Center Street <br> P. O. Box 270 <br> Ebensburg, PA 15931 | Contact phone 814–472–7151 <br> Email: lms@nsslawfirm.com |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 9/20/22 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 19, 2022 at 08:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**341 Meeting will be conducted by phone, please consult the docket or, case trustee for call information.** |
| **8.**     **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | The presumption of abuse does not arise. |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/19/22** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 11/29/22** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline:** _____ |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-70143-JAD |
| Zoli A. LaPorte | Chapter 7 |
| Kelly M. LaPorte | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-7 | User: auto | Page 1 of 6 |
| Date Rcvd: Sep 20, 2022 | Form ID: 309B | Total Noticed: 82 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zoli A. LaPorte, Kelly M. LaPorte, 638 Stable Road, Indiana, PA 15701-9017 |
| aty | + | Brian Nicholas, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| aty | + | Mario J. Hanyon, Brock & Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| tr | + | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931-0270 |
| 15491955 | | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15476811 | + | Commonwealth of Pennsylvania, Office of Attorney General, Financial Enforcement Section, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 15476812 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15476824 | | Excela Health - Hospital, PO Box 645773, Pittsburgh, PA 15264-5255 |
| 15476826 | + | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East, Richmond, IN 47374-2619 |
| 15476831 | | Freedom Credit Union, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15479841 | | INDIANA REGIONAL MEDICAL CENTER, ACCOUNT MAINTENANCE DEPARTMENT, 835 HOSPITAL ROAD, PO BOX 788, INDIANA, PA 15701-0788 |
| 15476834 | | IRMC, PO Box 645546, Pittsburgh, PA 15264-5253 |
| 15478085 | + | KeyBridge Medical Revenue Care, PO Box 1568, Lima, OH 45802-1568 |
| 15476835 | + | Keybridge Medical RE, PO Box 645546, Pittsburgh, PA 15264-5253 |
| 15476851 | | Revco Solutions, Inc., PO Box 2724, Columbus, OH 43216-2724 |
| 15482070 | + | Upstart Holdings, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| aty | Email/Text: julie.steidl@steidl-steinberg.com | Sep 20 2022 23:49:00 | Kenneth Steidl, Steidl & Steinberg, Suite 2830 Gulf Tower, 707 Grant Street, Pittsburgh, PA 15219 |
| smg | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | EDI: PENNDEPTREV | Sep 21 2022 03:48:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 20 2022 23:49:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA |

| Recipient | Method | Date/Time | Address |
|---|---|---|---|
| ust | + Email/Text: ustpregion03.pi.ecf@usdoj.gov | Sep 20 2022 23:49:00 | Office of the United States Trustee, Liberty Center., 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222-3721 17128-0946 |
| cr | + EDI: RECOVERYCORP.COM | Sep 21 2022 03:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15476787 | + Email/Text: backoffice@affirm.com | Sep 20 2022 23:50:00 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 15491956 | + EDI: NAVIENTFKASMDOE.COM | Sep 21 2022 03:48:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15487966 | Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:26 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15476790 | + Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:28 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15476788 | + Email/PDF: bncnotices@becket-lee.com | Sep 20 2022 23:55:40 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15476792 | + EDI: BANKAMER.COM | Sep 21 2022 03:48:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15476794 | + EDI: BANKAMER.COM | Sep 21 2022 03:48:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15476797 | + EDI: TSYS2 | Sep 21 2022 03:48:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15476796 | + EDI: TSYS2 | Sep 21 2022 03:48:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15476800 | + EDI: CAPITALONE.COM | Sep 21 2022 03:48:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15476798 | + EDI: CAPITALONE.COM | Sep 21 2022 03:48:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15489416 | EDI: CAPITALONE.COM | Sep 21 2022 03:48:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15476802 | EDI: CAPITALONE.COM | Sep 21 2022 03:48:00 | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15476809 | + EDI: CITICORP.COM | Sep 21 2022 03:48:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15476810 | + EDI: CITICORP.COM | Sep 21 2022 03:48:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15476816 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2022 23:55:27 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15476813 | + Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2022 23:55:27 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15478653 | EDI: DISCOVER.COM | Sep 21 2022 03:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15476819 | + EDI: DISCOVER.COM | Sep 21 2022 03:48:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15476821 | + EDI: DISCOVER.COM | Sep 21 2022 03:48:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15476828 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 20 2022 23:49:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15476827 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 20 2022 23:49:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |

Case 22-70143-JAD   Doc 39   Filed 09/22/22   Entered 09/23/22 00:26:51   Desc Imaged
Certificate of Notice   Page 5 of 8

| District/off: 0315-7 | User: auto | Page 3 of 6 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 309B | Total Noticed: 82 |

| | | | |
|---|---|---|---|
| 15478163 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Sep 20 2022 23:49:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15476829 | + EDI: AMINFOFP.COM | Sep 21 2022 03:48:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15476830 | + EDI: AMINFOFP.COM | Sep 21 2022 03:48:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15476832 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Sep 20 2022 23:49:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15496048 | + Email/Text: Bankruptcy@Freedommortgage.com | Sep 20 2022 23:49:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15476833 | + EDI: AGFINANCE.COM | Sep 21 2022 03:48:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15476806 | EDI: JPMORGANCHASE | Sep 21 2022 03:48:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15476803 | EDI: JPMORGANCHASE | Sep 21 2022 03:48:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15484222 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Sep 20 2022 23:49:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15476836 | + Email/Text: processing@keybridgemed.com | Sep 20 2022 23:49:00 | KeyBridge Medical Revenue, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15476837 | + Email/Text: processing@keybridgemed.com | Sep 20 2022 23:49:00 | KeyBridge Medical Revenue, Attn: Bankruptcy, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15476839 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2022 23:49:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15476838 | + Email/Text: PBNCNotifications@peritusservices.com | Sep 20 2022 23:49:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15489771 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 20 2022 23:55:28 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15476845 | + EDI: NAVIENTFKASMSERV.COM | Sep 21 2022 03:48:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476840 | + EDI: NAVIENTFKASMDOE.COM | Sep 21 2022 03:48:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476850 | + EDI: AGFINANCE.COM | Sep 21 2022 03:48:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15486622 | + EDI: AGFINANCE.COM | Sep 21 2022 03:48:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15478476 | + EDI: AGFINANCE.COM | Sep 21 2022 03:48:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15477484 | + EDI: RECOVERYCORP.COM | Sep 21 2022 03:48:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15495137 | Email/Text: perituspendrick@peritusservices.com | Sep 20 2022 23:49:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15496383 | EDI: PRA.COM | Sep 21 2022 03:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15489368 | ^ MEBN | Sep 20 2022 23:48:44 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15476852 | + Email/Text: bankruptcy@roundpointmortgage.com | Sep 20 2022 23:49:00 | RoundPoint Mortgage Servicing Corp., 446 |

Case 22-70143-JAD   Doc 39   Filed 09/22/22   Entered 09/23/22 00:26:51   Desc Imaged
                             Certificate of Notice   Page 6 of 8

| District/off: 0315-7 | User: auto | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Sep 20, 2022 | Form ID: 309B | Total Noticed: 82 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Wrenplace Road, Fort Mill, SC 29715-0200 |
| 15476853 | | ^ MEBN | Sep 20 2022 23:49:32 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15476854 | + | EDI: RMSC.COM | Sep 21 2022 03:48:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15476855 | + | EDI: RMSC.COM | Sep 21 2022 03:48:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15476857 | + | EDI: RMSC.COM | Sep 21 2022 03:48:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15476856 | + | EDI: RMSC.COM | Sep 21 2022 03:48:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15476858 | | Email/Text: bknotice@upgrade.com | Sep 20 2022 23:49:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15476860 | | Email/Text: bknotice@upgrade.com | Sep 20 2022 23:49:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15476862 | + | EDI: LCIUPSTART | Sep 21 2022 03:48:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15476863 | + | EDI: LCIUPSTART | Sep 21 2022 03:48:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15496509 | | ^ MEBN | Sep 20 2022 23:48:49 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15476867 | | Email/Text: bankruptcy_notices@wgresorts.com | Sep 20 2022 23:49:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Dr., Orlando, FL 32819 |
| 15476866 | | Email/Text: bankruptcy_notices@wgresorts.com | Sep 20 2022 23:49:00 | Westgate Resorts Ltd, c/o Central Florida Investments, Inc., 5601 Windhover Dr., Orlando, FL 32819 |
| 15476864 | + | EDI: AGFINANCE.COM | Sep 21 2022 03:48:00 | Webbank/onemain/fis, Po Box 31535, Tampa, FL 33631-3535 |
| 15476868 | + | Email/Text: ebankruptcy@woodforest.com | Sep 20 2022 23:49:00 | Woodforest National Bank, 25231 Grogans Mill Road, The Woodlands, TX 77380-3103 |
| 15476869 | + | Email/Text: ebankruptcy@woodforest.com | Sep 20 2022 23:49:00 | Woodforest National Bank, Attn: Bankruptcy, Po Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 68

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | FREEDOM MORTGAGE CORPORATION |
| 15487967 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15476791 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15476789 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15476793 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15476795 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15476801 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15476799 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15476817 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15476818 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15476814 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15476815 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15476820 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15476822 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15476807 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA |

| | | |
|---|---|---|
| | | 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15476808 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15476804 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15476805 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15476846 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476847 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476848 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476849 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476841 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476842 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476843 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476844 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476859 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15476861 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15476865 | *+ | Webbank/onemain/fis, Po Box 31535, Tampa, FL 33631-3535 |
| 15476823 | ##+ | Equity Sales, 1200 Ford Rd, Minnetonka, MN 55305-1616 |
| 15476825 | ##+ | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |

TOTAL: 1 Undeliverable, 28 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2022          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2022 at the address(es) listed below:**

**Name** | **Email Address**

Brian Nicholas
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com

Kenneth Steidl
   on behalf of Joint Debtor Kelly M. LaPorte julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Kenneth Steidl
   on behalf of Debtor Zoli A. LaPorte julie.steidl@steidl-steinberg.com
ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com

Lisa M. Swope, Chapter 7 Trustee
   lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com

Mario J. Hanyon
   on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
   ustpregion03.pi.ecf@usdoj.gov

District/off: 0315-7 | User: auto | Page 6 of 6
Date Rcvd: Sep 20, 2022 | Form ID: 309B | Total Noticed: 82

Ronda J. Winnecour
                  cmecf@chapter13trusteewdpa.com

TOTAL: 7