**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>ZOLI A. LAPORTE<br>KELLY M. LAPORTE<br>　　　Debtor(s)<br><br>Ronda J. Winnecour<br>　　　Movant<br>　　vs.<br>No Respondents. | Case No.:22-70143 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

　　1.  The case was filed on 04/29/2022  and confirmed on 06/21/2022 .  The case was subsequently　　(D)
CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

　　2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 10,586.50 |
| Less Refunds to Debtor | 2,962.87 | |
| TOTAL AMOUNT OF PLAN FUND | | 7,623.63 |
| | | |
| Administrative Fees | | |
| 　Filing Fee | 0.00 | |
| 　Notice Fee | 0.00 | |
| 　Attorney Fee | 1,000.00 | |
| 　Trustee Fee | 306.99 | |
| 　Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,306.99 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| 　FREEDOM MORTGAGE CORPORATION | 0.00 | 4,037.65 | 0.00 | 4,037.65 |
| 　　Acct: 9945 | | | | |
| 　FREEDOM MORTGAGE CORPORATION | 461.43 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9945 | | | | |
| 　WESTGATE RESORTS | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: 9396 | | | | |
| 　FIRST NATIONAL BANK OF PA(*) | 22,165.57 | 1,823.05 | 455.94 | 2,278.99 |
| 　　Acct: 1700 | | | | |
| | | | | 6,316.64 |
| **Priority** | | | | |
| 　KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ZOLI A. LAPORTE | 0.00 | 0.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　ZOLI A. LAPORTE | 2,962.87 | 2,962.87 | 0.00 | 0.00 |
| 　　Acct: | | | | |
| 　STEIDL & STEINBERG | 3,000.00 | 1,000.00 | 0.00 | 0.00 |
| 　　Acct: | | | | |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| OFFICE OF THE ATTORNEY GENERAL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ***NONE*** | | | | |
| **Unsecured** | | | | |
| AFFIRM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: Y6K1 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,149.90 | 0.00 | 0.00 | 0.00 |
| Acct: 1009 | | | | |
| AMERICAN EXPRESS NATIONAL BANK | 1,001.50 | 0.00 | 0.00 | 0.00 |
| Acct: 1004 | | | | |
| BANK OF AMERICA NA** | 3,480.41 | 0.00 | 0.00 | 0.00 |
| Acct: 2806 | | | | |
| BANK OF AMERICA NA** | 2,470.31 | 0.00 | 0.00 | 0.00 |
| Acct: 2646 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,587.71 | 0.00 | 0.00 | 0.00 |
| Acct: 3544 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 3,132.83 | 0.00 | 0.00 | 0.00 |
| Acct: 4578 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,109.06 | 0.00 | 0.00 | 0.00 |
| Acct: 3897 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 1,692.94 | 0.00 | 0.00 | 0.00 |
| Acct: 9775 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 6,260.91 | 0.00 | 0.00 | 0.00 |
| Acct: 3366 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 4,517.03 | 0.00 | 0.00 | 0.00 |
| Acct: 6327 | | | | |
| JPMORGAN CHASE BANK NA S/B/M/T CH/ | 4,208.43 | 0.00 | 0.00 | 0.00 |
| Acct: 1740 | | | | |
| CITIBANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7139 | | | | |
| CREDIT CONTROL COLLECTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2689 | | | | |
| LVNV FUNDING LLC | 1,645.55 | 0.00 | 0.00 | 0.00 |
| Acct: 4350 | | | | |
| LVNV FUNDING LLC | 1,237.37 | 0.00 | 0.00 | 0.00 |
| Acct: 3476 | | | | |
| LVNV FUNDING LLC | 738.49 | 0.00 | 0.00 | 0.00 |
| Acct: 2891 | | | | |
| DISCOVER BANK(*) | 8,501.06 | 0.00 | 0.00 | 0.00 |
| Acct: 6492 | | | | |
| DISCOVER BANK(*) | 2,600.81 | 0.00 | 0.00 | 0.00 |
| Acct: 8503 | | | | |
| EQUITY SALES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1066 | | | | |
| EXCELA HEALTH | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0590 | | | | |
| FINANCE SYSTEM | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9810 | | | | |
| FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6032 | | | | |
| FREEDOM CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0200 | | | | |
| INDIANA REGIONAL MEDICAL CNTR | 309.63 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYBRIDGE MEDICAL REVENUE CARE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYBRIDGE MEDICAL REVENUE CARE | 309.63 | 0.00 | 0.00 | 0.00 |
| Acct: 7399 | | | | |

| 22-70143 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 3 of 4 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | KOHLS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3625 | | | | |
| | AIDVANTAGE O/B/O THE DEPARTMENT O | 15,491.40 | 0.00 | 0.00 | 0.00 |
| | Acct: 8886 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0430 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0818 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0224 | | | | |
| | NAVIENT | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 0224 | | | | |
| | ONE MAIN FINANCIAL GROUP LLC A/S/F C | 8,160.89 | 0.00 | 0.00 | 0.00 |
| | Acct: 4125 | | | | |
| | REVCO | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 5152 | | | | |
| | LVNV FUNDING LLC | 573.81 | 0.00 | 0.00 | 0.00 |
| | Acct: 0228 | | | | |
| | LVNV FUNDING LLC | 3,399.60 | 0.00 | 0.00 | 0.00 |
| | Acct: 6402 | | | | |
| | PINK DOGWOOD 13 LLC | 1,032.08 | 0.00 | 0.00 | 0.00 |
| | Acct: 2119 | | | | |
| | UPGRADE | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7532 | | | | |
| | UPSTART NETWORK | 40,770.13 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | ONE MAIN FINANCIAL GROUP LLC(*) | 1,255.04 | 0.00 | 0.00 | 0.00 |
| | Acct: 2394 | | | | |
| | ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2386 | | | | |
| | WOODFOREST NATIONAL BANK | 701.74 | 0.00 | 0.00 | 0.00 |
| | Acct: 6225 | | | | |
| | PENDRICK CAPITAL PARTNERS LLC | 985.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 7356 | | | | |
| | ORION | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | BROCK & SCOTT PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |

\* \* \* N O N E \* \* \*

TOTAL PAID TO CREDITORS                                                                                        6,316.64

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 22,627.00 |
| UNSECURED | 121.323.26 |

Date: 09/28/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com