IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Zoli A. LaPorte | ) | Case No. 22-70143 JAD |
| Kelly M. LaPorte, | ) | Chapter 7 |
|     Debtor(s) | ) | |
| | ) | |
| | ) | |
| | ) | |
| Zoli A. LaPorte | ) | |
| Kelly M. LaPorte, | ) | |
|     Movant(s) | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | |
| | ) | |
| No Respondent(s) | ) | |

## **RULE 1019 REPORT**

AND NOW, come the Debtors, Zoli A. LaPorte and Kelly M. LaPorte, by and through their attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law and respectfully represent as follows:

1. This case was commenced on April 29, 2022 when the Debtors filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. The Debtors' Chapter 13 bankruptcy case was converted to Chapter 7 by Court order dated September 20, 2022 recorded at Docket No. 30.

3. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have not entered into or assumed any executory contracts, and have not acquired any additional or new property, either real or personal.

4. Subsequent to the filing of the Chapter 13 petition, but prior to the conversion of the case to Chapter 7, the Debtors have not incurred any new debt.

WHEREFORE, the Debtors, Zoli A. LaPorte and Kelly M. LaPorte, respectfully file this Rule 1019 Report.

Respectfully submitted,

| | |
|---|---|
| October 4, 2022 | /s/ Kenneth Steidl_____ |
| DATE | Kenneth Steidl, Esquire |
| | Attorney for the Debtor(s) |

STEIDL & STEINBERG
Suite 2830 – Gulf Tower
707 Grant Street
Pittsburgh, PA  15219
(412) 391-8000
ken.steidl@steidl-steinberg.com
PA I.D. No. 34965