**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Zoli A. LaPorte** | Social Security number or ITIN  xxx–xx–9504 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Kelly M. LaPorte** | Social Security number or ITIN  xxx–xx–8886 |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   22–70143–JAD

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zoli A. LaPorte
dba A2Z Lawn and Tree

Kelly M. LaPorte
aka Kelly M. Yackovich

1/5/23

**By the court:**  Jeffery A. Deller
United States Bankruptcy Judge

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

♦ debts for most fines, penalties, forfeitures, or criminal restitution obligations;

♦ some debts which the debtors did not properly list;

♦ debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

♦ debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                                    Case No. 22-70143-JAD

Zoli A. LaPorte                                                                                      Chapter 7

Kelly M. LaPorte

    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0315-7 | User: auto | Page 1 of 6 |
|---|---|---|
| Date Rcvd: Jan 05, 2023 | Form ID: 318 | Total Noticed: 79 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Zoli A. LaPorte, Kelly M. LaPorte, 638 Stable Road, Indiana, PA 15701-9017 |
| tr | ++ | LISA M SWOPE, NEUEGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270 address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15476811 | + | Commonwealth of Pennsylvania, Office of Attorney General, Financial Enforcement Section, 15th Floor Strawberry Square, Harrisburg, PA 17120-0001 |
| 15476812 | + | Credit Control Collect, 2410 Broad Ave, Altoona, PA 16601-1940 |
| 15476824 | | Excela Health - Hospital, PO Box 645773, Pittsburgh, PA 15264-5255 |
| 15476826 | + | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East, Richmond, IN 47374-2619 |
| 15476831 | | Freedom Credit Union, Arsenal Bus Center, Philadelphia, PA 19137 |
| 15479841 | | INDIANA REGIONAL MEDICAL CENTER, ACCOUNT MAINTENANCE DEPARTMENT, 835 HOSPITAL ROAD, PO BOX 788, INDIANA, PA 15701-0788 |
| 15476834 | | IRMC, PO Box 645546, Pittsburgh, PA 15264-5253 |
| 15478085 | + | KeyBridge Medical Revenue Care, PO Box 1568, Lima, OH 45802-1568 |
| 15476835 | + | Keybridge Medical RE, PO Box 645546, Pittsburgh, PA 15264-5253 |
| 15476851 | | Revco Solutions, Inc., PO Box 2724, Columbus, OH 43216-2724 |
| 15482070 | + | Upstart Holdings, Inc, PO BOX 1931, Burlingame, CA 94011-1931 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | | EDI: BLMSWOPE | Jan 06 2023 05:04:00 | Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| smg | | EDI: PENNDEPTREV | Jan 06 2023 05:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2023 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jan 06 2023 05:04:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 06 2023 00:02:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: RECOVERYCORP.COM | | |

District/off: 0315-7

User: auto

Page 2 of 6

Date Rcvd: Jan 05, 2023

Form ID: 318

Total Noticed: 79

| | | | | |
|---|---|---|---|---|
| | | | Jan 06 2023 05:04:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15476787 | + | Email/Text: backoffice@affirm.com | Jan 06 2023 00:02:00 | Affirm, 30 Isabella Street, Floor 4, Pittsburgh, PA 15212-5862 |
| 15491956 | + | EDI: NAVIENTFKASMDOE.COM | Jan 06 2023 05:04:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 15487966 | | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 00:15:22 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15476790 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 00:15:31 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15476788 | + | Email/PDF: bncnotices@becket-lee.com | Jan 06 2023 00:15:31 | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15476792 | + | EDI: BANKAMER.COM | Jan 06 2023 05:04:00 | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15476794 | + | EDI: BANKAMER.COM | Jan 06 2023 05:04:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15491955 | | EDI: BANKAMER.COM | Jan 06 2023 05:04:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 15476797 | + | EDI: TSYS2 | Jan 06 2023 05:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 15476796 | + | EDI: TSYS2 | Jan 06 2023 05:04:00 | Barclays Bank Delaware, P.o. Box 8803, Wilmington, DE 19899-8803 |
| 15476800 | + | EDI: CAPITALONE.COM | Jan 06 2023 05:04:00 | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15476798 | + | EDI: CAPITALONE.COM | Jan 06 2023 05:04:00 | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15489416 | | EDI: CAPITALONE.COM | Jan 06 2023 05:04:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15476802 | | EDI: CAPITALONE.COM | Jan 06 2023 05:04:00 | Capital One Bank/Walmart, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15476809 | + | EDI: CITICORP.COM | Jan 06 2023 05:04:00 | Citibank, Po Box 6217, Sioux Falls, SD 57117-6217 |
| 15476810 | + | EDI: CITICORP.COM | Jan 06 2023 05:04:00 | Citibank, Attn: Bankruptcy, P.O. Box 790034, St Louis, MO 63179-0034 |
| 15520514 | | EDI: CITICORP.COM | Jan 06 2023 05:04:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15476816 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2023 00:15:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15476813 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 06 2023 00:15:09 | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15478653 | | EDI: DISCOVER.COM | Jan 06 2023 05:04:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 15476819 | + | EDI: DISCOVER.COM | Jan 06 2023 05:04:00 | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15476821 | + | EDI: DISCOVER.COM | Jan 06 2023 05:04:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15476828 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 06 2023 00:02:00 | First National Bank, Attn: Bankruptcy, 3015 Glimcher Blvd., Hermitage, PA 16148-3343 |
| 15476827 | + | Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 06 2023 00:02:00 | First National Bank, 4140 E State St, Hermitage, PA 16148-3401 |

| 15478163 | + Email/Text: ElectronicBankruptcyNotices@fnb-corp.com | Jan 06 2023 00:02:00 | First National Bank of Pennsylvania, 4140 E. State Street, Hermitage, PA 16148-3401 |
| 15476829 | + EDI: AMINFOFP.COM | Jan 06 2023 05:04:00 | First Premier Bank, 3820 N Louise Ave, Sioux Falls, SD 57107-0145 |
| 15476830 | + EDI: AMINFOFP.COM | Jan 06 2023 05:04:00 | First Premier Bank, Attn: Bankruptcy, Po Box 5524, Sioux Falls, SD 57117-5524 |
| 15476832 | + Email/Text: ELDABBASM@FREEDOMCU.ORG | Jan 06 2023 00:02:00 | Freedom Credit Union, Attn: Bankruptcy, 626 Jacksonville Road, Suite 250, Warminster, PA 18974-4862 |
| 15496048 | + Email/Text: Bankruptcy@Freedommortgage.com | Jan 06 2023 00:02:00 | Freedom Mortgage Corporation, Attn: Bankruptcy Department, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15476833 | + EDI: AGFINANCE.COM | Jan 06 2023 05:04:00 | Household Finance Co/OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 15476806 | EDI: JPMORGANCHASE | Jan 06 2023 05:04:00 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15476803 | EDI: JPMORGANCHASE | Jan 06 2023 05:04:00 | Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15484222 | + Email/Text: JPMCBKnotices@nationalbankruptcy.com | Jan 06 2023 00:02:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15476836 | + Email/Text: processing@keybridgemed.com | Jan 06 2023 00:02:00 | KeyBridge Medical Revenue, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15476837 | + Email/Text: processing@keybridgemed.com | Jan 06 2023 00:02:00 | KeyBridge Medical Revenue, Attn: Bankruptcy, 2348 Baton Rouge Ave, Lima, OH 45805-1167 |
| 15476839 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 06 2023 00:02:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 15476838 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 06 2023 00:02:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15489771 | Email/PDF: resurgentbknotifications@resurgent.com | Jan 06 2023 00:15:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15476845 | + EDI: NAVIENTFKASMSERV.COM | Jan 06 2023 05:04:00 | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476840 | + EDI: NAVIENTFKASMDOE.COM | Jan 06 2023 05:04:00 | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476850 | + EDI: AGFINANCE.COM | Jan 06 2023 05:04:00 | OneMain Financial, Po Box 1010, Evansville, IN 47706-1010 |
| 15486622 | + EDI: AGFINANCE.COM | Jan 06 2023 05:04:00 | OneMain Financial, PO Box 3251, Evansville, IN 47731-3251 |
| 15478476 | + EDI: AGFINANCE.COM | Jan 06 2023 05:04:00 | OneMain Financial Group, LLC, PO Box 981037, Boston, MA 02298-1037 |
| 15477484 | + EDI: RECOVERYCORP.COM | Jan 06 2023 05:04:00 | Orion, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15495137 | Email/Text: perituspendrick@peritusservices.com | Jan 06 2023 00:02:00 | Pendrick Capital Partners, LLC, Peritus Portfolio Services II, LLC, PO BOX 141419, IRVING, TX 75014-1419 |
| 15496383 | EDI: PRA.COM | Jan 06 2023 05:04:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15489368 | ^ MEBN | Jan 05 2023 23:59:56 | Pink Dogwood 13, LLC, PO BOX 1931, Burlingame, CA 94011-1931 |
| 15476852 | + Email/Text: bankruptcy@roundpointmortgage.com | Jan 06 2023 00:02:00 | RoundPoint Mortgage Servicing Corp., 446 |

District/off: 0315-7                          User: auto                                    Page 4 of 6
Date Rcvd: Jan 05, 2023                       Form ID: 318                            Total Noticed: 79

|  |  |  | Wrenplace Road, Fort Mill, SC 29715-0200 |
|---|---|---|---|
| 15476853 | ^ | MEBN | |
|  |  | Jan 05 2023 23:59:52 | RoundPoint Mortgage Servicing Corporatio, Attn: Bankruptcy, Po Box 19409, Charlotte, NC 28219-9409 |
| 15476854 | + | EDI: RMSC.COM | |
|  |  | Jan 06 2023 05:04:00 | Synchrony Bank/JCPenney, Po Box 965007, Orlando, FL 32896-5007 |
| 15476855 | + | EDI: RMSC.COM | |
|  |  | Jan 06 2023 05:04:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15476857 | + | EDI: RMSC.COM | |
|  |  | Jan 06 2023 05:04:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 15476856 | + | EDI: RMSC.COM | |
|  |  | Jan 06 2023 05:04:00 | Synchrony Bank/Lowes, Po Box 956005, Orlando, FL 32896-0001 |
| 15476860 |  | Email/Text: bknotice@upgrade.com | |
|  |  | Jan 06 2023 00:02:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15476858 |  | Email/Text: bknotice@upgrade.com | |
|  |  | Jan 06 2023 00:02:00 | Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15476862 | + | EDI: LCIUPSTART | |
|  |  | Jan 06 2023 05:04:00 | Upstart, 2 Circle Star Way, San Carlos, CA 94070-6200 |
| 15476863 | + | EDI: LCIUPSTART | |
|  |  | Jan 06 2023 05:04:00 | Upstart, Upstart Operations/ Attn:Bankruptcy, Po Box 1503, San Carlos, CA 94070-7503 |
| 15496509 | ^ | MEBN | |
|  |  | Jan 06 2023 00:00:19 | Upstart Network, Inc., PO BOX 1931, Burlingame, CA 94011-1931 |
| 15476867 |  | Email/Text: bankruptcy_notices@wgresorts.com | |
|  |  | Jan 06 2023 00:02:00 | Westgate Resorts Ltd, Attn: Bankruptcy, 5601 Windhover Dr., Orlando, FL 32819 |
| 15476866 |  | Email/Text: bankruptcy_notices@wgresorts.com | |
|  |  | Jan 06 2023 00:02:00 | Westgate Resorts Ltd, c/o Central Florida Investments, Inc., 5601 Windhover Dr., Orlando, FL 32819 |
| 15476864 | + | EDI: AGFINANCE.COM | |
|  |  | Jan 06 2023 05:04:00 | Webbank/onemain/fis, Po Box 31535, Tampa, FL 33631-3535 |
| 15476868 | + | Email/Text: ebankruptcy@woodforest.com | |
|  |  | Jan 06 2023 00:02:00 | Woodforest National Bank, 25231 Grogans Mill Road, The Woodlands, TX 77380-3103 |
| 15476869 | + | Email/Text: ebankruptcy@woodforest.com | |
|  |  | Jan 06 2023 00:02:00 | Woodforest National Bank, Attn: Bankruptcy, Po Box 7889, The Woodlands, TX 77387-7889 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | FREEDOM MORTGAGE CORPORATION |
| aty | *P++ | LISA M SWOPE, NEUGEBAUER & SWOPE P C, 219 SOUTH CENTER STREET P O BOX 270, EBENSBURG PA 15931-0270, address filed with court:, Lisa M. Swope, Chapter 7 Trustee, Neugebauer & Swope, P.C., 219 South Center Street, P. O. Box 270, Ebensburg, PA 15931 |
| 15487967 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15476791 | *+ | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 15476789 | *+ | Amex, P.o. Box 981537, El Paso, TX 79998-1537 |
| 15476793 | *+ | Bank of America, Po Box 982238, El Paso, TX 79998-2238 |
| 15476795 | *+ | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 15476801 | *+ | Capital One, Attn: Bankruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 15476799 | *+ | Capital One, Po Box 31293, Salt Lake City, UT 84131-0293 |
| 15476817 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15476818 | *+ | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 15476814 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |
| 15476815 | *+ | Credit One Bank, Po Box 98872, Las Vegas, NV 89193-8872 |

| 15476820 | *+ | Discover Financial, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 15476822 | *+ | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 15476807 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15476808 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850 |
| 15476804 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15476805 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Po Box 15369, Wilmington, DE 19850 |
| 15476846 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476847 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476848 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476849 | *+ | Navient, Attn: Claims Dept, Po Box 9500, Wilkes-Barre, PA 18773-9500 |
| 15476841 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476842 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476843 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476844 | *+ | Navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 15476859 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., 2 North Central Ave, 10th Flr, Phoenix, AZ 85004 |
| 15476861 | *P++ | UPGRADE INC, 2 N CENTRAL AVE, 10TH FLOOR, PHOENIX AZ 85004-2322, address filed with court:, Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |
| 15476865 | *+ | Webbank/onemain/fis, Po Box 31535, Tampa, FL 33631-3535 |
| 15476823 | ##+ | Equity Sales, 1200 Ford Rd, Minnetonka, MN 55305-1616 |
| 15476825 | ##+ | Finance System, Inc., 32 S 9th, Richmond, IN 47374-5504 |

TOTAL: 1 Undeliverable, 29 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 07, 2023                    Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2023 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Brian Nicholas | on behalf of Creditor FREEDOM MORTGAGE CORPORATION bnicholas@kmllawgroup.com |
| Kenneth Steidl | on behalf of Joint Debtor Kelly M. LaPorte julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Kenneth Steidl | on behalf of Debtor Zoli A. LaPorte julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-steinberg.com;jseech@steidl-steinberg.com |
| Lisa M. Swope, Chapter 7 Trustee | on behalf of Trustee Lisa M. Swope  Chapter 7 Trustee lms@nsslawfirm.com, PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |
| Lisa M. Swope, Chapter 7 Trustee | lms@nsslawfirm.com  PA73@ecfcbis.com,kpetak@spencecuster.com,skosis@spencecuster.com,alm@nsslawfirm.com |

District/off: 0315-7                     User: auto                                  Page 6 of 6
Date Rcvd: Jan 05, 2023                  Form ID: 318                                Total Noticed: 79

Mario J. Hanyon
                    on behalf of Creditor FREEDOM MORTGAGE CORPORATION wbecf@brockandscott.com
                    mario.hanyon@brockandscott.com

Office of the United States Trustee
                    ustpregion03.pi.ecf@usdoj.gov


TOTAL: 7